THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MAX ISENBERG, Appellant.

(Argued May 2, 1929; decided May 28, 1929.)

*Thomas G. Frost* and *Jonah J. Goldstein* for appellant.
*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.